UNITED STATES DISTRICT COURT
262 West Nueva Street
San Antonio, TX 78207

Samuel Ryan West #649468

v.

Unknown Comal County Cert OFC
(Personal Capacity)
Sgt Ebert (Official Capacity)

FILED
SEP 19 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

SA23CA1174OG

## CIVIL RIGHTS COMPLAINT 42 U.S.C. § 1983

To The Honorable Judge of said Court:

Before the Court Samuel Ryan West Plaintiff, File this, his 42 U.S.C. § 1983. At all times relating to this Complaint, the events happened at Comal County Jail, TX in C-dorm (C2). In support of this will show the Court the following:

### I. PARTIES

(a) Plaintiff Samuel Ryan West is a Pre-Trial detainee on pending offense in the Comal County, TX District Court. He is currently housed at: Comal County Jail 3000 IH-35 S New Braunsfels, TX 78130

(b) Respondant (name unknown) is a Cert OFC/Jailer at Comal County, TX

### II. FACTUAL BACKGROUND & SUMMARY

On Sep 5th 2023 at 10:15 pm, I was standing in front of my cell, which is #6 and another inmate was standing in front of his cell #2. One of the officers (Klein) into C2 & told the other inmate to "Put your Fucking clothes on". The other inmate stated back to OFC. Klein "I am not in the Day-Room". OFC Klein made her way up the stairs and replied "everyone else has their clothes on. Put your Mother-Fucking clothes on". I stated in a non-hostile manner "Why are you coming here cursing at us Ma'am?" She passed Plaintiff and went to the other inmate to seek compliance. I repeated "Why are coming in here cussing, You are not supposed to do that." She stated "I am getting a write-up" or

(1)



## II (con'T)
## FACTUAL BACKGROUND & SUMMARY

something. (Without her clearly stating to me what I needed to comply with and doing nothing to deserve a write-up) It is safe to say that she was talking to the other inmate. Another Officer (unknown-Respondant) grabs me, unexpectedly I ask him "what are you doing" He grabs me and moves me toward the stairs. I go down the stairs without incident at the bottom. At the bottom of the stairs he sweeps my feet, slams me on the ground and handcuffs me. I was not resisting, was led to Admin/disciplinary Cell isolation (c-segregation hallway), and recieved a write-up.

## III
## LEGAL BACKGROUND & CLAIMS

A Pre-Trial detainee recieves the protection of the Due Process Clause of the 14th amendment (Brothers V. Klevenhagen, 28 F.3d 452, 455 56 (5th Cir. 1994))

Plaintiff claims that he was in compliance (even though its unclear what Rule or policy he wasn't in compliance with) and without incident any force after that was objectively unreasonable, excessive, & explicit Malice with force.

Force against a Pre-Trial detainee is "excessive" when the force was objectively unreasonable. Kingsley V. Hendrickson, 576 U.S. 389, 3796-97 (2015)

The Factors are:

(a). The Relationship between the need for the Use-of-force and the amount of force used.

(b). any effort made by the officer to temper or limit the amount of force

(c). the severity of the security problem at issue

(d). the threat reasonably percieved by the officer

(e). whether the Plaintiff was actively resisting

The force which is disproportiate to the need is unreasonable. The Fifth Circuit has made this clear. Joseph on behalf of Est of Joseph V. Bartlett, 981 F.3d 319, 324 (5th Cir. 2022) even low-level threats force is unreasonable. Fairchild V Coryell County, 40 F.4th 359 (5th Cir. 2022) The Fifth Circuit has stated "We have placed weight on the quickness with which law enforcement personnel have escalated from negotiation to force. Brothers V. Zoss, 837 F.3d 513, 520 (5th Cir. 2016)

### III

Plaintiff claims both his Federal and State Rights were violated. The 14th amendment applies to Pre-trial detainees. Plaintiff claims that the Respondant (Unknown Cert Officer) had expressed intent to punish. Plaintiff claims this incident was unnecessary and wanton pain & suffering.

"Good Faith" depends on "whether Force was applied in good faith effort to maintain or Restore discipline" This incident seems to the Plaintiff for the very purpose of causing harm. This presents a Genuine issue

Plaintiff claims plausibly the use-of-force was not necessary in this situation. In fact, Officers have a duty-to-warn before Force is used Hudson v. McMillian, 962 F.2d 522, 523 (5th Cir. 1992)

### IV

Plaintiff claims that Sgt Ebert (exhibit A) has prejudiced him in his Official Capacity & Personal Capacity (Conditions-of-Confinement Claim)

37 Tex. Admin. Code § 283.1(3) applies to Due Process/Due Course of disciplinary Proceedings

37 Tex. Admin Code § 283.1(3) states: Provisions shall be made for a disciplinary hearing before a neutral and impartial board or officer which shall not include anyone involved in the claimed.

Tex. Occ. Code § 1701.269(2)(A) states: the amount of force exceeds that which is Reasonable under the circumstances

Sgt Ebert is not showing impartiality and showing Prejudice. This is intentional Abuse of official Capacity and the 14th amendment prevents acts of summary punishment.

Plaintiff contends that there are policies in place in Chapter 37 of the Tex. admin Code but Sgt Ebert has shown a custom of unofficial de facto Policy which is depriving Plaintiff of a fair Hearing.
City of Canton v. Harris 489 U.S. 378, 387, 109 S.Ct. 1197, 103 L.Ed. 2d 412 (1989)
The Government must treat People with Fundamental Fairness. Sgt Ebert has shown Prejudice. Intends to Punish no matter what the facts or circumstances may provide.

ALL THINGS CONSIDERED, Plaintiff Requests this served to the Parties.

9 / 14 / 2023

Sign
Print: Samuel Ryan West

## CERTIFICATE OF SERVICE

This is to certify that on Sep. 14th, 2023 a true and correct copy of the Civil Rights Complaint 42 U.S.C. § 1983 was served on Unknown Cert Ofc & Sgt Ebert 3000 IH 35 South New Braunfels, TX 78130; The Commission of Jail Standards 300 W. 15th St. Unit 503 Austin, TX 78701; Democratic Party House of Representatives P.O. Box 2910 Austin, TX 78768-2910; Comal County City Council 550 Landa St New Braunfels, TX 78130; Dep't of Justice 950 Pennsylvania Ave NW Washington, DC 20530 by U.S. mail depository

Sign
Print: Samuel Ryan West

## UNSWORN DECLARATION

I declare under Penalty of Perjury that the following is both true & correct pursuant to 28 U.S.C. § 1746

Sign
Print: Samuel Ryan West

Date: 9-14-2023

# PRESERVATION LETTER

Samuel Ryan West # 649468  §
v.  §
Unknown Cert. OFC. At Comal County Jail  §
Sgt Ebert  §

This letter is to Freeze-Frame and prevent deleting or tampering with eletronic evidence. This letter is to briefly describe the data I seek and (s.w.) demand that all digital data & evidence be separated and preserved. I also demand my opponents do not actively destroy the digital evidence, and must stop any routine processes that result in the destruction of the specified digital files.

Plaintiff seeks:
(1) Body Camera From 9/5/2023 From 10:00pm - 10:30pm From OFC Klein
(2) Body Camera From 9/5/2023 From 10:00pm - 10:30pm From OFC. Unknown
(3) Tier Camera Video From C2 dorm at Comal County Jail, TX between 10:00pm - 10:30pm on 9/5/2023

Yours Truly

Sign
Print  Samuel Ryan West
Date  9-14-2023

I request this Letter serviced with the summons or separate individually to the address 3000 IH 35 South New Braunfels, TX 78130 to LT Garcia