FILED
October 30, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___Tyler Martin___
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SAMUEL RYAN WEST, #649468, § | |
| § | |
| Plaintiff, § | |
| § | SA-23-CV-01174-OLG |
| v. § | |
| § | |
| UNKNOWN COMAL COUNTY CERT § | |
| OFC, Personal Capacity, and SERGEANT § | |
| F/N/U EBERT, Official Capacity, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

Before the Court is the above–entitled cause. Upon review of this Court's Order dismissing Plaintiff Samuel Ryan West's 42 U.S.C. § 1983 Civil Rights Complaint pursuant to FED. R. CIV. P. 41(b) for failure to keep the Court apprised of his current address, the Court renders the following Final Judgment pursuant to FED. R. CIV. P. 58.

**IT IS THEREFORE ORDERED** that Plaintiff Samuel Ryan West's 42 U.S.C. § 1983 Civil Rights Complaint is **DISMISSED WITHOUT PREJUDICE** for want of prosecution for failure to provide the Court with his current address and for failure to comply with the Court's Order. *See* FED. R. CIV. P. 41(b).

**IT IS FINALLY ORDERED** that the above–entitled cause of action is hereby **CLOSED**.

It is **SO ORDERED**.

SIGNED this 30 day of October, 2023.

_____
ORLANDO L. GARCIA
United States District Judge